**DISMISS and Opinion Filed January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01501-CV

### COLLIN BANK, Appellant
### V.
### I-TIGE MANAGEMENT COMPANY, LLC, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-2101-2011**

## MEMORANDUM OPINION
Before Justices Moseley, Bridges, and Evans
Opinion by Justice Bridges

Before the Court is the parties' joint notice of dismissal of the appeal. The parties have

informed the Court that they have settled their differences and ask that the appeal be dismissed.

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(2).


131501F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COLLIN BANK, Appellant

No. 05-13-01501-CV       V.

I-TIGE MANAGEMENT COMPANY,
LLC, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 219-2101-2011.
Opinion delivered by Justice Bridges.
Justices Moseley and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered January 6, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE